AO91 (Rev. 12/03)   Criminal Complaint                                          AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**

**vs.**

Franklin SALDIVAR-Urbina
A201 721 044 Honduras

## CRIMINAL COMPLAINT

Case Number:  1:19-po-1390

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about ___March 02, 2019___ in ___Cameron___ County, in

the ___Southern District Of Texas___ defendant(s)

being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than
designated by an Immigration Officer,

in violation of Title ___8___ United States Code, Section(s) ___1325(a)(1)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the

following facts:
The defendant was apprehended in Brownsville, Texas on March 03, 2019. The defendant is a citizen of Honduras who entered
the United States illegally by wading across the Rio Grande River near Brownsville, Texas on March 02, 2019 thus avoiding
immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND
CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Ramirez3, Jesus M. Border Patrol Agent
Signature of Complainant

Ramirez3, Jesus M.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 04, 2019                                    at   Brownsville, Texas
Date                                                       City/State

Ronald Morgan              U.S. Magistrate Judge
Name of Judge               Title of Judge                      Signature of Judge